# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BILLY TYLER, | CASE NO. 8:05CV3144 |
| Petitioner, | |
| vs. | |
| NEBRASKA BOARD OF PAROLE, DAVE HEINEMAN, MIKE KENNEY, ROBERT HOUSTON, | ORDER OF RECUSAL |
| Respondents, | |
| NEBRASKA ATTORNEY GENERAL, | |
| Interested Party. | |

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the Court file, specifically including the Petition at Filing No. 1, the undersigned judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

IT IS SO ORDERED.

DATED this 28th day of June, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge