IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLY TYLER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3144 |
| | ) | |
| v. | ) | |
| | ) | |
| NEBRASKA BOARD OF PAROLE, | ) | REASSIGNMENT ORDER |
| DAVE HEINEMAN, MIKE KENNEY, | ) | |
| ROBERT HOUSTON and NEBRASKA | ) | |
| ATTORNEY GENERAL, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the recusal of District Judge Laurie Smith Camp (Filing No. 5) in the above matter,

IT IS ORDERED that this case is reassigned to District Judge Lyle E. Strom for disposition and to remains assigned to Magistrate Judge F A Gossett for judicial supervision and processing of all pretrial matters.

DATED this 28th day of June, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge