IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLY TYLER, | ) | |
| | ) | |
| Petitioner, | ) | 4:05CV3144 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT HOUSTON, | ) | ORDER |
| | ) | |
| Respondent. | ) | |

This matter is before the Court on petitioner's petitions for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Filing Nos. 1 and 7) and a motion for leave to proceed *in forma pauperis* (Filing No. 2). The Court has received a certified copy of the petitioner's institutional trust account information (Filing No. 3). The petitioner is eligible to proceed in forma pauperis and the motion for leave to proceed *in forma pauperis* will be granted. Accordingly,

IT IS ORDERED that petitioner's motion for leave to proceed *in forma pauperis* is granted.

DATED this 12th day of August, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court