IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLY TYLER, | ) | |
| | ) | |
| Petitioner, | ) | 4:05CV3144 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT HOUSTON, | ) | ORDER |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

This matter is before the Court on petitioner's "motion to reconsider new trial recapitulate and for bond" (Filing No. 45). The Court has reviewed the motion and finds it should be denied. Accordingly,

IT IS ORDERED that petitioner's motion to reconsider is denied.

DATED this 16th day of February, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court